

# First United Methodist Church




First United Methodist Church
PO Box 368
Maysville, OK 73057
February 11, 2013

Court Clerk
U.S. District Court, Western District of OK
200 NW 4th Street
Oklahoma City, OK 73102

Dear Sir:

The Administrative Council of the First United Methodist Church of Maysville, Ok has voted to opt out as a Class member of the Settlement Class in *Hitch et al. v. Cimarex Energy Co. et al.*, Case No. CIV-11-13-W, U.S. District Court for the Western District of Oklahoma. We understand that it will be our responsibility to pursue any claims that we may have, if we so desire, on our own and at our own expense.

Our records indicate that the Church receives royalties from the following wells which are listed as Class Wells:

Dunlap 2-17 (Property #359565-139-01) - NW/4 SE/4 Section 17-IN-2W Garvin Co.

Dunlap 3-17 (Property #359565-008-01) S/2 NE/4 Section 17-IN-2W

McKee 1 (Property #359565-011-01) SE/4 NE4 Section 17-IN-2W Garvin Co.

705 MAYS AVENUE, P.O. BOX 368 • MAYSVILLE, OKLA. 73057 • (405) 867-5243

The Church is also heir to royalty from any well located on the original Ruth Dunlap lease as follows:

S/2 NW/4 SE/4, NW/4 NW/4 SE/4, E/2 SW/4 NE/4. SW/4 SW/4 NE/4, W/2 SE/4 NE/4, S/2 SE/4, SW/4 NE/4 NE/4 Section17-1N-2W.

The information is given on this lease site because we are not always notified about well sales to other companies and therefore may have name changes.

We appreciate your assistance in accepting our desire not to participate in the Class Action Suit.

Yours truly,

*Ray Deviney* (signature)

Ray Deviney
Chair, Administrative Council
First United Methodist Church
Maysville, OK
(405-867-5243)