IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Hitch Enterprises, Inc. et al.  )
)
)
)
Plaintiff(s),  )
)
v.  )  Case No. CIV-11-13-W
)
Cimarex Energy Co., et al.  )
)
)
)
Defendant(s)  )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Katherine Riesen Lathrop .
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ John J Pentz       3-13-13
Signature        Date

John J Pentz
Print Name

Law Offices of John J Pentz
Firm

19 Widow Rites Lane
Address

Sudbury, MA 01776
City        State        Zip Code

978-261-5725       978-405-5161
Telephone        Fax Number

jjpentz3@gmail.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

☑ I hereby certify that on (date) March 13, 2013 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Lisa L Blodgett        Bradley Ward Welsh
Nathan K Davis         Jessica E Yates
Eric S Eissenstat
Stephen C Griffis
James D Kilroy
Robert D McCutcheon
Henry A Meyer III
Jon K Parsley
Rex A Sharp
Michael E Smith

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ John J Pentz
s/ Attorney Name