IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) Hitch Enterprises, Inc.;<br>(2) David D. Duncan; and<br>(3) Sagacity Inc., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>(1) Cimarex Energy Co.;<br>(2) Key Production Company, Inc.;<br>(3) Magnum Hunter Production, Inc.;<br>(4) Prize Energy Resources, L.P.; and<br>(5) Gruy Petroleum Management Company (n/k/a Cimarex Energy Company of Colorado),<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. CIV-11-13-W**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED JOINT MOTION TO WITHDRAW OBJECTION (Dkt. 96), WITHDRAW MOTION TO SEVER (Dkt. 136), AND WITHDRAW MOTION FOR SANCTIONS (Dkt. 137)**

  Class Member Katherine Riesen Lathrop, by her undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), hereby moves to withdraw her objections to Class Counsels' fees and the Class Representatives' incentive award (Dkt. 96). The objection to Class Counsels' attorneys' fees and the Class Representatives' incentive award has been resolved. The Objector respectfully requests that this Honorable Court approve the withdrawal of her objection.

  As a result, Plaintiffs hereby move to withdraw their motion to sever on in the alternative for an appeal bond (Dkt. 136) and their motion for sanctions (Dkt. 137).

Defendants do not oppose this joint motion.

                              Respectfully submitted,

                              /s/ Rex A. Sharp
                              Rex A. Sharp OBA#011990
                              Gunderson, Sharp & Walke, L.L.P.
                              5301 W. 75th Street
                              Prairie Village, KS 66208
                              (913) 901-0500
                              (913) 901-0419 fax
                              rsharp@midwest-law.com

                              Jon K. Parsley OBA#16289
                              Jon K. Parsley PLLC
                              112 NE 4th Street
                              Guymon, OK 73942
                              (580)-338-8764
                              jparsley@ptsi.net

                              Counsel for Plaintiffs and the Settlement Class

                              */s/ Stephen C. Griffis*
                              Stephen C. Griffis
                              The Griffis Law Firm PLLC
                              3035 NW 63rd St, Suite 229
                              Oklahoma City, OK 73116
                              (405) 840-2664
                              (405) 842-0787 (fax)
                              scgriffis@gmail.com

                              John J. Pentz III
                              Law Office of John J. Pentz
                              19 Widow Rites Lane
                              Sudbury, MA 01776
                              (978) 261-5725
                              (978) 405-5161 (fax)
                              jjpentz3@gmail.com

                              Counsel for Objector Katherine Riesen Lathrop

## **CERTIFICATE OF SERVICE**

On April 22, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrants, including counsel for all parties and Objector Lathrop.

/s/ Rex A. Sharp