IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

APR 2 2 2013

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

HITCH ENTERPRISES, INC., et al., )
)
Plaintiffs, )
)
vs. ) No. CIV-11-13-W
)
CIMAREX ENERGY CO. et al., )
)
Defendants. )

## ORDER

Upon review of the record and having been advised that the dispute between the plaintiffs and class member Katherine Risesen Lathrop has been resolved, the Court

(1) GRANTS the Unopposed Joint Motion to Withdraw Objection, Withdraw Motion to Sever and Withdraw Motion for Sanctions [Doc. 139] filed by the plaintiffs and Lathrop on April 22, 2013;

(2) deems WITHDRAWN Lathrop's Objection to Motion for Attorney's Fees and Incentive Award to Lead Plaintiffs [Doc. 96] filed on February 14, 2013; and

(2) further deems WITHDRAWN the plaintiffs' Motion to Sever Objector's Claim, or Alternatively, Require an Appeal Bond [Doc. 136] and Motion for Order Awarding Fees and Expenses Under 28 U.S.C. § 1927 [Doc. 137] filed on April 11, 2013.

ENTERED this 22nd day of April, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE